IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Chatman, Yvonne D

Printed: 03/24/09

Case Number: 05 B 04151
Judge: Hollis, Pamela S
Filed: 2/9/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: March 6, 2009
Confirmed: March 28, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 8,396.08 |  |
| Secured: |  | 5,679.89 |
| Unsecured: |  | 348.04 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,800.00 |
| Trustee Fee: |  | 440.07 |
| Other Funds: |  | 128.08 |
| Totals: | 8,396.08 | 8,396.08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 1,800.00 | 1,800.00 |
| 2. | CitiFinancial Auto Credit Inc | Secured | 5,679.89 | 5,679.89 |
| 3. | CitiFinancial Auto Credit Inc | Unsecured | 35.89 | 35.89 |
| 4. | RoundUp Funding LLC | Unsecured | 132.85 | 132.85 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 56.00 | 56.00 |
| 6. | Peoples Energy Corp | Unsecured | 230.34 | 0.00 |
| 7. | Palisades Collection LLC | Unsecured | 35.95 | 0.00 |
| 8. | Capital One | Unsecured | 78.69 | 78.69 |
| 9. | Americash Loans, LLC | Unsecured | 44.61 | 44.61 |
| 10. | Bally Total Fitness | Unsecured |  | No Claim Filed |
| 11. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 12. | Comcast | Unsecured |  | No Claim Filed |
| 13. | Instant Cash Advance | Unsecured |  | No Claim Filed |
| 14. | First Consumers National Bank | Unsecured |  | No Claim Filed |
| 15. | J C Penney Card Bank N.A. | Unsecured |  | No Claim Filed |
| 16. | Sun Cash | Unsecured |  | No Claim Filed |
| 17. | Montgomery Ward & Co Inc | Unsecured |  | No Claim Filed |
| 18. | Sprint | Unsecured |  | No Claim Filed |
| | | | $ 8,094.22 | $ 7,827.93 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Chatman, Yvonne D

Printed: 03/24/09

Case Number: 05 B 04151
Judge: Hollis, Pamela S
Filed: 2/9/05

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 28.80 |
| 3% | 14.01 |
| 5.5% | 80.19 |
| 5% | 24.30 |
| 4.8% | 50.54 |
| 5.4% | 118.11 |
| 6.5% | 68.45 |
| 6.6% | 55.67 |
|  | $ 440.07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

